```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

         v.          No. 5:10-cr-50106-001

**MIGUEL ORTEGA**                                                       **DEFENDANT**

<u>**O R D E R**</u>

Now on this 26th day of February 2013, comes on for consideration the Magistrate Judge's **Report and Recommendation** (document #48), filed on January 31, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's **Report and Recommendation** (document #48) is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the defendant's **Motion to Vacate, Set Aside, or Dismiss Pursuant to 28 U.S.C. § 2255** (document #43) is hereby **denied** and **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                               /s/ Jimm Larry Hendren
                                                               **JIMM LARRY HENDREN**
                                                               **UNITED STATES DISTRICT JUDGE**